UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------x

F.C.V., INC., individually and as a representative
of all others similarly situated,

                    Plaintiff,

-against-

STERLING NATIONAL BANK,

                     Defendant.

------------------------------x

KC **FILED**
JAN 1 7 2008
Jan 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DEFAULT JUDGMENT**

Case NO. 04-CV-05035-DMC-MF

08CV404
JUDGE KENDALL
MAGISTRATE JUDGE VALDEZ

    WHEREAS This class action was settled pursuant to a Settlement Agreement dated January 20, 2006 (the "Settlement"), and

    WHEREAS Big Timber Landscape and Glen Kedzie are members of the class in the class action, and

    WHEREAS Big Timber Landscape and Glen Kedzie did not opt out of the Settlement, and

    WHEREAS the Court entered a Final Judgment and Order approving the Settlement binding upon all members of the class not opting out of the Settlement, and

    WHEREAS paragraph numbered "11(d)" of the Settlement authorized entry of default judgment against those class members who defaulted in their obligations under the Settlement, and

    WHEREAS, Sterling National Bank has submitted an affidavit establishing the defaults of Big Timber Landscape and Glen Kedzie,

    IT IS, on motion of Sterling National Bank

    **ORDERED, ADJUDGED AND DECREED**: that Sterling National Bank have judgment against the plaintiffs, Big Timber Landscape and Glen Kedzie, in the total

amount of $43,084.20, that said judgment continue to accrue interest at the rate provided by statute until paid, and that Sterling National Bank may have execution therefrom.

Dated: Newark, New Jersey
February 28, 2007

United States District Court Judge

Dennis M. Cavanaugh
U.S. District Judge

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.**