IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Sterling National Bank

vs.

Big Timber Landscape Co. and Glenn Kedzie

Case Number   08 cv 00404

### AFFIDAVIT OF SERVICE

I, William Tobias, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 05 day of May, 2008, at 03:00 PM at 721 Thatcher, River Forest, IL 60305, did serve the following document(s):

**Citation To Discover Assets, Exhibit A**

Upon:   **Glenn Kedzie**

By:   ☐ Personally serving to:

☑ leaving copies at the usual place of abode with:   Daniella Croitory

a member of the household 13 years or upwards and informed that person of the contents thereof

☑ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

Glenn Kedzie at 721 Thatcher, River Forest, IL 60305 on May 05, 2008

| Description: | Sex | **Female** | Race | **White** | Approximate Age | **30** |
|---|---|---|---|---|---|---|
| | Height | **5'** | Weight | **110** | Hair Color | **Black** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_William Tobias_
William Tobias
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN**

| | |
|---|---|
| STERLING NATIONAL BANK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.:08-cv-0404 ) ) |
| BIG TIMBER LANDSCAPE CO., and GLEN KEDZIE, | ) ) ) |
| Defendants. | ) ) |

## CITATION TO DISCOVER ASSETS

TO:  Ronald Roeser                Glenn Kedzie
     920 Davis Rd.,               721 Thatcher
     Suite 100                    River Forest, IL 60305
     Elgin, IL 60123

YOU ARE COMMANDED to appear before the Honorable Judge Virginia M. Kendall or any judge sitting in his stead in Room 2319 at the location of 219 S. Dearborn, Chicago, Illinois, on May 22, 2008, at 9:00 a.m. to be examined under oath to discover assets or income not exempt from the enforcement of a judgment.

A judgment in favor of Sterling National Bank and against Big Timber Landscape and Glenn Kedzie was entered on February 28, 2007 in the amount of $43,084.20 and $43,084.20 remains unsatisfied.

YOU ARE COMMANDED to produce at the examination:

SEE EXHIBIT A ATTACHED HERETO.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the judgment debtor, until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of judgment.

WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

## CERTIFICATE OF ATTORNEY

In the United States District Court, District of New Jersey, on February 28, 2007, a judgment in the amount of $43,084.20 was entered in favor of Sterling National Bank and against Big Timber Landscape and Glenn Kedzie in Case No. 04-cv-05035-DMC-MF and a balance of $43,084.20 remains unsatisfied.

I, the undersigned, certify to the Court, under penalties as provided by law, that all information stated herein is true.

By: ___Jennifer S. Burt___
Jennifer S. Burt

Jennifer S. Burt
ARDC# 6292487
Askounis & Darcy, PC
333 N. Michigan Avenue
Suite 510
Chicago, IL 60601
(312)784-2400 (ph)
(312)784-2410 (f)
U:\JBurt\Sterling Bank\Big Timber Landscape & Glenn Kedzie\Pleadings\CDA.wpd

MICHAEL W. DOBBINS
Clerk
_____
Deputy Clerk
MAY 01 2008

## **EXHIBIT A**

YOU ARE COMMANDED to produce at such examination:

All books and records for the last five (5) years from date set for your appearance herein that pertain to your income for said period, any income producing property, real or personal, tangible or intangible, in which you have or have had any interest during said period; all records pertaining to savings accounts or checking accounts or other bank accounts in which you have or have had any interest during the aforesaid period; all records that pertain to any safety deposit box or boxes that you are renting now or have rented within the aforesaid period or as to which you have any access or right to access; all insurance policies or stock certificates in which you have any interest or have had any interest during the aforesaid period; all federal and state income tax returns for the last five (5) years; deeds to all real estate and any other documents evidencing any interest in any real estate, deeds, titles or bills of sale evidencing any interest in any personal property, including motor vehicles; a complete list of all assets owned by you or as to which you have some interest; all records relating to any trust, written or otherwise of which you may be or have been a beneficiary during the aforesaid period or as to which you may have or have had some interest during the period; and all documents or records of whatever kind that pertain to any asset, or claim to any asset (including rights to causes of action against any person or entity) that you now own or claim to own, or have or claim to have, any interest in, or have owned or claimed to own, or claimed to have had any interest in during the aforesaid five (5) year period from the date set for your appearance herein; plus all books, papers, records, documents or other tangible matter in your possession or control which may contain information concerning any property, assets or income that you have right to.

C:\Documents and Settings\sguerrero\Desktop\Ex.A.citation to discover.wpd