## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STERLING NATIONAL BANK,       ) | |
| ) | Case No.: 08 C 0404 |
| Plaintiff,        ) | |
| ) | |
| v.       ) | |
| ) | |
| BIG TIMBER LANDSCAPE CO.,    ) | |
| ) | |
| Defendant.      ) | |

### NOTICE OF FILING

TO:  Jennifer Susan Burt
Askounis & Darcy, PC
333 N. Michigan Avenue
Suite 510
Chicago, IL 60601
312 784 2400
jburt@askounisdarcy.com

PLEASE TAKE NOTICE that on the 8th day of September, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, **Motion to Withdraw Appearance on Behalf of Plaintiff,** a copy of which is attached hereto and herewith served upon you.

STERLING NATIONAL BANK

By:  s/Vincent T. Borst
Vincent T. Borst, Esq. (ARDC # 06192904)
Borst & Collins, LLC
Two Prudential Plaza
180 North Stetson Street, Suite 3050
Chicago, Illinois 60601
Telephone: (312) 819-1944
Facsimile: (312) 861-0022
Vtborst@borstcollins.com

U:\KClark\Sterling National Bank\Big Timber Landscape Co\NOF-Mot. to Withdraw Appearance on Behalf of Plaintiff - 2134.12288.wpd

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8th, 2008, I electronically filed the foregoing **Motion to Withdraw Appearance on Behalf of Plaintiff,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

>    Jennifer Susan Burt
>    Askounis & Darcy, PC
>    333 N. Michigan Avenue
>    Suite 510
>    Chicago, IL 60601
>    312 784 2400
>    jburt@askounisdarcy.com

                         By:    S/Vincent T. Borst_____

Vincent T. Borst, Esq. (ARDC # 06192904)
Borst & Collins, LLC
Two Prudential Plaza
180 North Stetson Street, Suite 3050
Chicago, Illinois 60601
Telephone: (312) 819-1944
Facsimile: (312) 861-0022
Vtborst@borstcollins.com

U:\KClark\Sterling National Bank\Big Timber Landscape Co\NOF-Mot. to Withdraw Appearance on Behalf of Plaintiff - 2134.12288.wpd