IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STERLING NATIONAL BANK, ) | |
| ) | Case No.: 08 C 0404 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BIG TIMBER LANDSCAPE CO., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   Jennifer Susan Burt
Askounis & Darcy, PC
333 N. Michigan Avenue
Suite 510
Chicago, IL 60601
312 784 2400
jburt@askounisdarcy.com

PLEASE TAKE NOTICE that on the 15TH day of September, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia M. Kendall presiding in Courtroom 2319, 219 S. Dearborn, Chicago, Illinois, and then and there present **Plaintiff's Motion to Withdraw Appearance on Behalf of Plaintiff**, a copy of which is attached herewith and served upon you.

STERLING NATIONAL BANK

By:   s/Vincent T. Borst,
One of Its Attorneys

BORST & COLLINS, LLC
Two Prudential Plaza
180 N. Stetson Street, Suite 3050
Chicago, Illinois 60601
312/819-1944
312/861-0022 (fax)
ARDC No.: 0692904

U:\KClark\Sterling National Bank\Big Timber Landscape Co\NOM - Withdraw - 2134.12288.wpd

STATE OF ILLINOIS    )
                     )SS
COUNTY OF COOK       )

### AFFIDAVIT OF SERVICE

The undersigned, a non-attorney, being first duly sworn on oath, deposes and says that she caused a correct copy of the foregoing **Motion to Withdraw Appearance on Behalf of Plaintiff** to be served upon counsel using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Jennifer Susan Burt
Askounis & Darcy, PC
333 N. Michigan Avenue
Suite 510
Chicago, IL 60601
312 784 2400
jburt@askounisdarcy.com

on this 8th day of September, 2008.

By: _____
    NIKKI CLARK

SUBSCRIBED AND SWORN to before
me this 8th day of September, 2008.

_____
Notary Public

KRISTEN KWIATKOWSKI
MY COMMISSION EXPIRES
MAY 7, 2010

U:\KClark\Sterling National Bank\Big Timber Landscape Co\NOM - Withdraw - 2134.12288.wpd